UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF
AMERICA

No. 1:15-cr-292 MAD

vs.

PRESTON JAMES

_____

## ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the Defendant's Motion to Dismiss for Lack of Speedy Trial [Dkt. No. 12] and Petition for Habeas Corpus Relief and for Dismissal due to Failure to Provide Speedy Trial [Dkt. No. 11], in the above-entitled action shall be stricken from the docket for the following reason(s) listed below. Because Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1. Defendant Preston James was appointed CJA Counsel, Frederick Rench, Esq., on August 28, 2015. All submissions to the Court should be through the defendant's Court Appointed Attorney.

2. Defendant's submissions were not signed by the defendant.

3. Defendant's submission is rejected because he/she failed to indicate that he served his submission on opposing counsel. The Clerk's Office shall not forward copies of Defendant's submission(s) to opposing counsel. All future submissions to the Court must contain such an affidavit or certification.

SO ORDERED,

DATED:   October 22, 2015
         Albany, NY

_____
Mae A. D'Agostino
U.S. District Judge