IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:15-CR-292 (MAD) |
| | ) | |
| **v.** | ) | **Superseding Indictment** |
| | ) | |
| **PRESTON JAMES,** | ) | Violations:    21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(B), 841(b)(1)(C) |
| | ) | [Distribution of a Controlled |
| | ) | Substance] |
| | ) | |
| | ) | |
| | ) | |
| | ) | **4 Counts** |
| | ) | |
| **Defendant.** | ) | County of Offense:    Schenectady |

FILED

NOV 25 2015

AT        O'CL

### THE GRAND JURY CHARGES:

### COUNT 1
#### [Distribution of a Controlled Substance]

On or about April 29, 2015, in Schenectady County in the Northern District of New York, the defendant, **PRESTON JAMES**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 28 grams or more of a mixture and substance which contained a detectable amount of cocaine base (crack), in violation of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT 2
#### [Distribution of a Controlled Substance]

On or about April 21, 2015, in Schenectady County in the Northern District of New York, the defendant, **PRESTON JAMES**, knowingly and intentionally distributed a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved

cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3
### [Distribution of a Controlled Substance]

On or about April 9, 2015, in Schenectady County in the Northern District of New York, the defendant, **PRESTON JAMES**, knowingly and intentionally distributed a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 4
### [Distribution of a Controlled Substance]

On or about April 6, 2015, in Schenectady County in the Northern District of New York, the defendant, **PRESTON JAMES**, knowingly and intentionally distributed a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## PRIOR DRUG FELONY CONVICTION

1.    Counts One through Four of this Indictment are hereby incorporated by reference.

2.    **PRESTON JAMES** is subject to increased punishment, pursuant to Title 21, United States Code, Sections 841(b)(1)(A), because of the following prior conviction for a felony drug offense which has become final:

**PRESTON JAMES** was convicted on or about April 9, 2009, in Rockland County Court, New York, of Attempted Criminal Possession of a Controlled Substance in the Third Degree, a class C felony, in violation of the New York Penal Law Sections 110.00 and

2

220.16(1), and was sentenced to two years imprisonment; and **PRESTON JAMES** was convicted on or about June 16, 2006, in Kings County Supreme Court, New York, of Criminal Possession of a Controlled Substance in the Fifth Degree, a class D felony, in violation of the New York Penal Law Section 220.06(1), and was sentenced to five years of probation.

Dated:   November 25, 2015

A TRUE BILL,   ***REDACTED***

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:   *Emily Farber*

Emily Farber
Assistant United States Attorney
Bar Roll No. 519174